UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 51562
  NELSON J FELICIANO III
  KRISTINE L FELICIANO                          CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-5801     SSN XXX-XX-5639

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/23/03 and confirmed on 02/20/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  12120.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| AUTO CAPITAL ENTERPRISES | UNSECURED | NOT FILED | .00 | .00 |
| BEHINFAR ASSOC IN RADIOL | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN RADIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EDWIN KEMEREIT SR | UNSECURED | 56400.00 | .00 | 5640.00 |
| ELK GROVE CARDIOLOGY ASS | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY AMBULATORY CAR | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY & AMBULATORY C | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY & AMBULATORY C | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| TRSI | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHCARE REVENUE MANAG | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MEA AEA LLC | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MEA-AEA LLC | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SUBURBAN CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGICAL CON OF WOOD | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY IMAGING CONSUL | UNSECURED | NOT FILED | .00 | .00 |
| SBC WIRELESS COMMUNICATI | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 1535.80 | .00 | 153.58 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
VERIZON WIRELESS          UNSECURED    NOT FILED          .00          .00
SELECT PORTFOLIO SERVICI UNSECURED     36416.67          .00       3641.67
            Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 94352.47 | .00 | 94352.47 |
| PRINCIPAL PAID | .00 | .00 | 9435.25 | .00 | 9435.25 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 9435.25 | .00 | 9435.25 |

```
The Debtor's attorney, KOFKIN & SCHEINBAUM      , was allowed $   2700.00
and was paid $    806.00  direct and $   1894.00  through the plan.

The Trustee received $    493.84 .

Refunds to the Debtor totaled $    296.91 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 02/08/08              /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```